UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER JOSEPH CAVANAGH,<br><br>    Petitioner,<br><br>vs.<br><br>DIRECTOR, VENTURA<br>COUNTY PROBATION,<br><br>    Respondent. | Case No. CV 10-6331-R (RNB)<br><br>**J U D G M E N T** |

In accordance with the Order Adopting in Part Findings, Conclusions, and Recommendations of United States Magistrate Judge filed herein,

IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice.

DATED: April 6, 2011

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE